# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 5, 2023

_____

DOCKET CORRECTION NOTICE

_____

No.   23-1163 (L),    <u>Parker Wideman v. Innovative Fibers LLC</u>
            7:22-cv-00418-DCC

TO:   Parker O'Neil Wideman
      Jessica L. Douglass
      Riley C. Draper

**SEALED BRIEF CORRECTION DUE:  May 9, 2023**

Please make the correction identified below by the due date indicated.

[✔] <u>Certificate of Confidentiality</u> is needed when filing a sealed brief. Please file the certificate by the due date indicated.

Kirsten Hancock, Deputy Clerk
804-916-2704